Form NTCCONF (02/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Bette Eileen Olivares**<br>8656 Hathaway<br>Kalamazoo, MI 49009<br>SSN: xxx–xx–0275<br><br>**Debtor** | **Case Number 20–03584–jtg**<br><br>**Chapter 13**<br><br>**Honorable John T. Gregg** |

**NOTICE OF ORDER CONFIRMING**
**CHAPTER 13 PLAN**

   Pursuant to Fed. R. Bankr. P. 9022, you are hereby notified that on March 4, 2021 , this Court signed an order confirming the debtor(s) Chapter 13 Plan as last amended (if applicable). The Court found that the plan complies with the requirements for confirmation pursuant to 11 U.S.C. § 1325(a) and other applicable provisions of the Bankruptcy Code.



Michelle M. Wilson
CLERK OF BANKRUPTCY COURT

**Dated:** March 4, 2021

/S/
K. Drayton
Deputy Clerk

A copy of this Notice was transmitted to the Bankruptcy Noticing Center for service upon all creditors and parties of interest appearing of record herein. ( 3/4/21 – kmd )